# ANTHONY OSTLUND
# BAER & LOUWAGIE P.A.

### BUSINESS LITIGATORS

Cheryl A. Stanton
cstanton@aoblaw.com

January 22, 2010

**_VIA ECF_**

The Honorable Donovan W. Frank
Judge of U.S. District Court
724 Federal Building
316 N. Robert Street
St. Paul, MN 55101

> Re:   ***Bredemus, et al. v. International Paper, et al.***
> **Case No. 06-cv-01274 (DWF/RLE)**
> **Our File No.:  3027-2**

Dear Judge Frank:

Pursuant to the Court's September 28, 2009 Order (Docket No. 383), the Defendants in the above-referenced action were to file their non-expert motions for summary judgment today. As we previously informed the Court, while Defendants were preparing their papers for filing, the parties were simultaneously working to resolve this case. We are pleased to inform the Court that the parties believe they have reached a resolution. Although the parties have agreed upon a settlement amount, the specific terms of the settlement agreement and releases still need to be put in writing and agreed upon. Based upon the presently scheduled hearing date of April 2, 2010, under Local Rule 7.1, Defendants technically would not be required to file their motion until February 19, 2010. Therefore, Defendants respectfully request that the Court allow Defendants to delay the filing of their papers until February 19, 2010, while the parties work to put their agreement in writing. In addition to the issue of triggering Plaintiffs' Court ordered response date of February 17, 2010, Defendants' filing is substantial – the brief is 136 pages in length, plus a full bankers' box of exhibits. We do not wish to burden the Court and the ECF system with a filing that may prove unnecessary.

Please let us know if the foregoing is acceptable to the Court.

Very truly yours,

ANTHONY OSTLUND
BAER & LOUWAGIE P.A.

Cheryl A. Stanton

CAS/ds
cc:   All Counsel of Record (via ECF)

188101.1

90 South Seventh Street, Suite 3600, Minneapolis, Minnesota 55402  Office: 612.349.6969  Fax: 612.349.6996  www.aoblaw.com