# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA - SIXTH DIVISION

| | |
|---|---|
| Gail Bredemus, Leo Anderson as Trustee for the Heirs And Next-of-kin of Patricia Anderson, deceased, Nancy Benjamin, Stacy Smith as Trustee for the Heirs and Next-of-kin of Donna Budreau, deceased, Carol Glidden, Yvonne Littlewolf, Donna Morgan, Donna Oachs, Simone Pemberton, Brenda Smith, Sharon Villier, Linda Herrera, Lashelle Masten, Larry Swanson, Leonard Swanson, Lonnie Swanson, Loren Swanson, and Luther Swanson,<br><br>          Plaintiffs,<br><br>     vs.<br><br>International Paper Company, a New York corporation, f/k/a Champion International Corporation, f/k/a St. Regis Paper Company, f/k/a Wheeler Lumber Bridge and Supply Company; and Burlington Northern and Santa Fe Railway Company, a Delaware corporation, f/k/a Great Northern Pacific & Burlington Lines, f/k/a Great Northern Railway Company,<br><br>          Defendants. | Case No.: 06-CV-01274 (DWF/RLE)<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their respective counsel, that the claims of all Plaintiffs may be and hereby are dismissed with prejudice against each Defendant pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Except as otherwise

stated in the Settlement Agreement, each party will bear its own costs, disbursements, and attorneys' fees.

SIEBEN, GROSE, VON HOLTUM & CAREY, LTD.

Dated: February 17, 2010.

_Shannon C. Keil_

James P. Carey (#180555)
Shannon C. Keil (#0386804)
800 Marquette Avenue, Suite 900
Minneapolis, MN 55402
Telephone: (612) 333-4500
Facsimile: (612) 333-5970

and

Gary M. Hazelton (#165414)
Hazelton Law Firm
677 Anne Street
P.O. Box 1248
Bemidji, MN 56619
Telephone: (218) 444-4529
Facsimile: (218) 755-1747

and

William J. Delmore (Admitted *pro hac vice*)
Kelsch, Kelsch, Ruff & Kranda
103 Collins Avenue
P.O. Box 1266
Mandan, ND 58554-7266
Telephone: (701) 663-9818
Facsimile: (701) 663-9810

ATTORNEYS FOR PLAINTIFF

2

ANTHONY OSTLUND BAER
& LOUWAGIE P.A.

Dated: February 17, 2010.

Joseph W. Anthony (#2872)
Cheryl A. Stanton (#027950X)
Courtland C. Merrill (#311984)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 349-6969
Facsimile:  (612) 349-6996

and

Rick R. Rothman (Admitted *pro hac vice*)
Tiffany R. Hedgpeth (Admitted *pro hac vice)*
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

and

Patrick W. Dennis (Admitted *pro hac vice)*
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: (213) 229-7567
Facsimile:  (213) 229-6567

ATTORNEYS FOR DEFENDANT
INTERNATIONAL PAPER COMPANY

3

BRIGGS AND MORGAN

Dated: February ⎯⎯, 2010.

Timothy G. Gelinske (#267764)
Timothy R. Thornton (#109630)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone (612) 977-8400
Facsimile (612) 977-8650

ATTORNEYS FOR DEFENDANT
BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY

190327.1

4