**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gail Bredemus; Leo Anderson as Trustee
for the Heirs And Next-of-kin of Patricia
Anderson, deceased; Nancy Benjamin;
Stacy Smith as Trustee for the Heirs and
Next-of-kin of Donna Budreau, deceased;
Carol Glidden; Yvonne Littlewolf; Donna
Morgan; Donna Oachs; Simone Pemberton;
Brenda Smith; Sharon Villier; Linda Herrera;
Lashelle Masten; Larry Swanson; Leonard
Swanson; Lonnie Swanson; Loren Swanson;
and Luther Swanson,

                    Plaintiffs,

v.

International Paper Company, a New York
corporation, f/k/a Champion International
Corporation, f/k/a St. Regis Paper Company,
f/k/a Wheeler Lumber Bridge and Supply
Company; and Burlington Northern and
Santa Fe Railway Company, a Delaware
corporation, f/k/a Great Northern Pacific &
Burlington Lines, f/k/a Great Northern
Railway Company,

                    Defendants.

Civil No. 06-1274 (DWF/RLE)

**ORDER FOR DISMISSAL**
**WITH PREJUDICE**

---

Cory P. Whalen, Esq., and James P. Carey, Esq., John W. Carey, Esq., and Shannon C.
Keil, Esq., Sieben Grose Von Holtum & Carey, Ltd.; Don Russo, Esq., Don Russo, PA;
Gary M. Hazelton, Esq., Hazelton Law Firm PLLC; Mark L. Rodgers, Esq., Rodgers Law
Office PLLC; Thomas V. Girardi, Esq., and Thomas J. Johnston, Esq., Girardi Keese;
William J. Delmore, Esq., Kelsch Kelsch Ruff & Kranda, counsel for Plaintiffs.

Cory D. Olson, Esq., Steven M. Phillips, Esq., Cheryl A. Stanton, Esq., and Courtland C.
Merrill, Esq., Anthony Ostlund Baer & Louwagie PA; Joseph W. Anthony, Esq., Steven
M. Phillips, Esq., Anthony Ostlund Baer & Louwagie PA; Patrick W. Dennis, Esq.,

Gibson Dunn & Crutcher LLP; and R. Raymond Rothman, Esq., Tiffany R. Hedgpeth, Esq., Bingham McCutchen LLP, counsel for Defendant International Paper Company.

Robin Caneff Gipson, Esq., Timothy R. Thornton, Esq., Matthew R. Brodin, Esq., and Timothy G. Gelinske, Esq., Briggs & Morgan, PA, counsel for Defendant Burlington Northern and Santa Fe Railway Company.

---

Based upon the Stipulation of Dismissal With Prejudice filed by the parties on February 17, 2010 (Doc. No. [397]),

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements, or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  February 18, 2010         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge