✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Gail Bredemus; Leo Anderson as Trustee for the Heirs And Next-of-kin of Patricia Anderson, deceased; Nancy Benjamin; Stacy Smith as Trustee for the Heirs and Next-of-kin of Donna Budreau, deceased; Carol Glidden; Yvonne Littlewolf; Donna Morgan; Donna Oachs; Simone Pemberton; Brenda Smith; Sharon Villier; Linda Herrera; Lashelle Masten; Larry Swanson; Leonard Swanson; Lonnie Swanson; Loren Swanson; and Luther Swanson,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

Case Number:  06-1274 (DWF/RLE)

International Paper Company, a New York corporation, f/k/a Champion International Corporation, f/k/a St. Regis Paper Company, f/k/a Wheeler Lumber Bridge and Supply Company; and Burlington Northern and Santa Fe Railway Company, a Delaware corporation, f/k/a Great Northern Pacific & Burlington Lines, f/k/a Great Northern Railway Company,

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Based upon the Stipulation of Dismissal With Prejudice filed by the parties on February 17, 2010 (Doc. No. [397]),  **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements, or attorney fees to any party.

| | |
|---|---|
| February 19, 2010 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/MMP |

Form Modified:  09/16/04

(By)                                    MMP    Deputy Clerk

Form Modified:  09/16/04